FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 APR 12  AM 11: 52

_____
J. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ERIC BERNARD SCOTT,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Petitioner,　　　　　　　 )
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　Case No. CV405-151
　　　　　　　　　　　　　　　　)
KEVIN ROBINSON, WARDEN,　　　　)
　　　　　　　　　　　　　　　　)
　　　Respondent.　　　　　　　 )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this *12th* day of *APRIL*, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA